IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARLOS A. LEACH,                )
                                )
            Plaintiff,           )
                                )
    v.                          )       1:21CV313
                                )
FORSYTH COUNTY SHERIFFS         )
DEPARTMENT, et al.,             )
                                )
            Defendants.          )

**ORDER**

On August 26, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants Bobby F. Kimbrough, Billy Warren, and Debrah Chenault are allowed to proceed but that the remainder of the claims in the Complaint are dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Mr. Whitt and Charlene Warren are **DISMISSED WITHOUT**

**PREJUDICE** to Plaintiff amending his pleadings if he can state proper claims for relief against these Defendants.

This the 4th day of October, 2021.

/s/ William L. Osteen, Jr.
United States District Judge